UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NARCISO CARRILLO
RODRIGUEZ,

      Petitioner,

      v.

WARDEN, FLORIDA SOFT SIDE
SOUTH DETENTION CENTER,
US ATTORNEY GENERAL,

      Respondents.

_____/

Case No. 2:26-cv-1468-KCD-DNF

## **ORDER**

Petitioner Narciso Carrillo Rodriguez is a Cuban citizen with a final order of removal.[1] Last year, he was detained by U.S. Immigration and Customs Enforcement ("ICE"). He now seeks a writ of habeas corpus under 28 U.S.C. § 2241, challenging the legality of his continued custody. (Doc. 1.) The Government does not oppose his release on reasonable conditions of supervision. (Doc. 7.)

Accordingly, it is **ORDERED:**

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED** as set forth above.

---

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

2. Respondents are ordered to **RELEASE** Petitioner Narciso Carrillo Rodriguez from custody within 48 hours of this Order under the prior conditions of supervision, which Petitioner must continue to comply with.

3. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**ORDERED** in Fort Myers, Florida on June 2, 2026.

Kyle C. Dudek
United States District Judge